(82 South. 643)

WINFORD v. STATE. (8 Div. 615.)

(Court of Appeals of Alabama. June 10, 1919.)

CRIMINAL LAW ☞1180—LAW OF THE CASE.

On appeal to the appellate court, rulings of the trial court which followed rulings of the appellate court on a former appeal will be sustained.

Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge.

Mack Winford was convicted of crime, and appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

BROWN, P. J. This case was submitted without brief or argument in behalf of appellant. We have carefully examined the several rulings of the court to which exceptions were reserved. In these several rulings the court seems to have followed the rulings of this court on the former appeal. Winford v. State, 16 Ala. App. 143, 75 South. 819.

We find no error in the record.

Affirmed.

(82 South. 643)

SIMMONS v. STATE. (6 Div. 595.)

(Court of Appeals of Alabama. May 20, 1919.)

CRIMINAL LAW ☞1182 — APPEAL — AFFIRMANCE WITHOUT OPINION.

Where a criminal appeal is submitted on the motion of the Attorney General, without brief or argument by accused supporting exceptions reserved on the trial and set out in the record, or pointing out wherein the record is supposed to show error prejudicial to accused, if, after examining the record for errors as required by statute, no error prejudicial to accused is found, the Court of Appeals will, without opinion, affirm the judgment.

Appeal from Circuit Court, Jefferson County; F. Loyd Tate, Judge.

Robert Simmons was convicted of an offense, and appeals. Affirmed.

M. B. Grace, of Birmingham, for appellant.

Horace C. Wilkinson, Asst. Atty. Gen., for the State.

BROWN, P. J. This case was submitted on the motion of the Attorney General, without brief or argument by appellant supporting exceptions reserved on the trial and set out in the record, or pointing out wherein the record is supposed to show error prejudicial to appellant.

Hereafter, where a case is thus presented, if, after examining the record for errors as required by the statute, no error prejudicial to appellant is found, the court will, without promulgating an opinion, affirm the judgment appealed from.

We find no error in the record.

Affirmed.

(82 South. 643)

GRISHAM v. STATE. (8 Div. 635.)

(Court of Appeals of Alabama. June 10, 1919. Rehearing Denied June 30, 1919.)

CRIMINAL LAW ☞1182—AFFIRMANCE.

Where no brief is filed in support of accused's exceptions, and on examination of the exceptions no error is disclosed, the judgment will be affirmed without opinion.

Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge.

Nolan Grisham was convicted of manslaughter in the first degree, and appeals. Affirmed.

Mitchell & Hughston, of Florence, for appellant.

J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There are but two exceptions reserved to the rulings of the court on the trial of this case. Both of these relate to the admission of evidence. We have examined them both, and find that the court did not err in either instance. No brief is filed in support of these exceptions, and in accordance with the rule laid down in Simmons v. State, supra, 82 South. 643, no opinion will be written.

We find no error in the record, and the judgment is affirmed.

Affirmed.